UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SELVIN ALEXIS MORALES MENDEZ,

    Petitioner,

    v.

NIKITA BAKER, *et al.*,

    Respondents.

Case No. 1:26-cv-00643-PX

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (No. 1) (the "Petition"), the Joint Notice filed by the Parties, the entire record in this case, and the reasoning in the orders in *Machado-Meza v. Bondi, et al.*, No. 26-cv-0424-TDC (D.Md. 2026) (ECF 10), *Shemondi Meles v. Noem et al.*, 25-cv- 4302-PX (D.Md 2026) (ECF 11), and *Carmen Ruiz v. Bondi et al.,* No. 26-cv-00417-DLB (D.Md.2026) (Respondent's Brief at ECF 9, Order at ECF 11) and the reasoning of the Central District of California in *Maldonado Bautista v. Noem*, 5:25-cv-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), The Court finds that no further briefing is necessary, and the Petition can be decided without a hearing. It is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, insofar as the Court finds that the Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

(1) Respondents are **ENJOINED** from detaining Petitioner under 8 U.S.C. § 1225(b); Petitioner is detained pursuant to the discretionary detention governed by 8 U.S.C. § 1226(a) and is entitled to review of his custody determination under 8 C.F.R. § 236.1;

(2) Petitioner **SHALL** seek a bond hearing pursuant to the regulations provided at 8 C.F.R. § 236.1(d), 8 C.F.R. § 1003.19 and 8 C.F.R. § 1236.1(d);

(3) The bond hearing may be conducted by any Immigration Judge having jurisdiction over

Petitioner's detention or administrative control over Petitioner's case or removal proceedings and need not take place in Maryland;

(4) The bond hearing **SHALL** occur within 7 days of Petitioner's filing a request with the Immigration Court, and should be conducted pursuant to 8 U.S.C. § 1226(a);

(5) Petitioner **SHALL** file a status report with the Court if a bond hearing *is not held* by an Immigration Judge within 7 days of the filing of a motion by Petitioner;

(6) If a bond hearing *is held*, the parties shall file a status report with the Court as soon as possible, and not later than 7 days later, reporting the results and compliance with this Court's Order; and

(7) Petitioner's request for attorney's fees and costs is **DENIED**.

**ORDERED** that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

Dated: 2/23/2026

/s/
The Honorable Paula Xinis
United States District Court Judge